UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM B. PEOPLES, JR., | ) |
| *Plaintiff*, | ) ) ) |
| vs. | ) ) No. 1:13-cv-2003-JMS-MJD |
| CAROLYN COLVIN, *as Acting Commissioner of Social Security*, | ) ) ) ) |
| *Defendant*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having this day issued its Entry Reviewing the Commissioner's Decision, the Court now **AFFIRMS** the Commissioner's decision and enters **FINAL JUDGMENT** against Plaintiff Williams B. Peoples, Jr., and in favor of Defendant, such that Mr. Peoples shall take nothing by way of his Complaint.

October 31, 2014

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

1